IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCUS L. WILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2344-E |
| | § | |
| DIVERSIFIED SOURCING SOLUTIONS, | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING MOTION TO RECUSE AND ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge David L. Horan made findings of fact and conclusions of law recommending that the Court dismiss this case with prejudice as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) [ECF No. 6] (the "FCR"). Plaintiff Marcus L. Willis objected to the FCR and moved to recuse Judge Horan and the undersigned and to transfer his case to another judge. *See* ECF Nos. 5 and 8. This Court denied Willis' Motion to Recuse by separate order. (ECF No. 9).

Accordingly, the Court has reviewed *de novo* those portions of the FCR to which objection was made and reviewed the remaining portions for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**: 1st day of November, 2024.